IH-32                                                                Rev: 2014-1

# United States District Court
for the
# Southern District of New York
### Related Case Statement

---

### Full Caption of Later Filed Case:

Shaoxuan Zhang, derivatively on behalf of
Aterian, Inc.

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:21-cv-8657 |
| Yaniv Sarig, Fabrice Hamaide, Arturo Rodriguez, Bari A. Harlam, William Kurtz, Greg B. Petersen, and Amy von Walter, Defendants, and Aterian, Inc., Nominal Defendant | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Tate

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:21-cv-04323 |
| Aterian, Inc. et al | |
| Defendant | |

IH-32                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open            (If so, set forth procedural status and summarize any court rulings.)

Judge Victor Marrero entered an order on August 10, 2021 consolidating two class action matters under Case No. 1:21-cv-04323. An amended complaint was filed on October 14, 2021.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case in that both cases allege that substantially the same group of Defendants made false and misleading statements in 2021 related to, inter alia, the business, operations, and prospects of Aterian, Inc., and in particular the capabilities of Aterian, Inc.'s proprietary software platform.

Signature: /s/ Timothy Brown                    Date: 10/21/2021

Firm: The Brown Law Firm, P.C.