USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/12/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAOUXUAN ZHANG, derivatively on behalf of ATERIAN, INC.

        Plaintiff,

v.

YANIV SARIG, FABRICE HAMAIDE, ARTURO RODRIGUEZ, BARI A. HARLAM, WILLIAM KURTZ, GREG B. PETERSEN, and AMY VON WALTER,

        Defendants,

and

ATERIAN, INC.,
        Nominal Defendant.

---

Case No: 21 Civ. 08657

**ORDER EXTENDING RESPONSE DEADLINE**

**VICTOR MARRERO, U.S.D.J.:**

    The Parties request (Dkt. No. 15) to extend Defendant Aterian's deadline to answer or otherwise respond to the Zhang Complaint by three (3) weeks to December 6, 2021 is **GRANTED**.

**SO ORDERED:**

DATE: November 12, 2021
      New York, New York

_____
Victor Marrero
U.S.D.J.