```
                                    USDC SDNY
                                    DOCUMENT
                                    ELECTRONICALLY FILED
                                    DOC #:_____
                                    DATE FILED: 11/16/21____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SHAOXUAN ZHANG,                     :
                                    :
            Plaintiff,              :
                                    :     21 Civ. 8657
    - against -                     :
                                    :
ATERIAN, INC., YANIV SARIG, et al.,:
                                    :
            Defendants.             :
-----------------------------------X
TYLER MAGNUS,                       :
                                    :
            Plaintiff,              :
                                    :     21 Civ. 9301
    - against -                     :
                                    :     **ORDER**
ATERIAN, INC., YANIV SARIG, et al.,:
                                    :
            Defendants.             :
-----------------------------------X

**VICTOR MARRERO, United States District Judge.**

     Upon review of the complaints and other papers filed

with the Court in connection with the two cases captioned

above, the Court notes that in all material respects the

papers describe substantially similar underlying events

arising out of the same or similar operative facts, and that

the parties are substantially the same parties. Accordingly,

it is hereby

     **ORDERED** that the Clerk of Court is respectfully

requested to consolidate these actions for all pretrial

purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the lower numbered case, 21 Civ. 8657; and it is further

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 21 Civ. 9301, as a separate action and remove it from the Court's docket.

**SO ORDERED:**

Dated:    New York, New York
          16 November 2021

_____
Victor Marrero
U.S.D.J.

2