```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SHAOXUAN ZHANG,                     :
                                    :
             Plaintiff,             :
                                    :    21 Civ. 8657
    - against -                     :
                                    :
ATERIAN, INC., YANIV SARIG, et al., :
                                    :
             Defendants.            :
-----------------------------------X
TYLER MAGNUS,                       :
                                    :
             Plaintiff,             :
                                    :    21 Civ. 9301
    - against -                     :
                                    :        ORDER
ATERIAN, INC., YANIV SARIG, et al., :
                                    :
             Defendants.            :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2022

**VICTOR MARRERO, United States District Judge.**

The parties' request to stay the above-captioned action (see Dkt. No. 29) is DENIED. The parties may refile the request after the Securities Action defendants file pre-motion letters, if any.

**SO ORDERED:**

Dated:    New York, New York
          10 January 2022

_____
Victor Marrero
U.S.D.J.

1